IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00074-MR

| | |
|---|---|
| IN RE: JEANNINE TURNER, )<br>Debtor. )<br>_____ )<br> )<br>LANGDON M. COOPER, Trustee )<br>in Bankruptcy for Jeannine Turner, )<br>Appellant, )<br> )<br>vs. )<br> )<br> )<br>JEANNINE TURNER, )<br> )<br>Appellee. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion to Hold Appeal in Abeyance [Doc. 3].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 3] is **GRANTED**, and this appeal shall be held **IN ABEYANCE** for a period of sixty (60) days so that the parties may seek approval of their settlement by the United States Bankruptcy Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge