IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00074-MR

| | |
|---|---|
| IN RE: JEANNINE TURNER,<br>Debtor.<br>_____<br><br>LANGDON M. COOPER, Trustee<br>in Bankruptcy for Jeannine Turner,<br>                   Appellant,<br><br>    vs.<br><br>JEANNINE TURNER,<br>                   Appellee.<br>_____ | **O R D E R** |

**THIS MATTER** is before the Court on the Appellant's Motion for Voluntary Dismissal of Appeal [Doc. 5].

For the reasons stated in the Appellant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Appellant's Motion [Doc. 5] is **GRANTED**, and this appeal is hereby **DISMISSED**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge